# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

ROBERT C. HEINEMANN
CLERK

CR 05-261-RWR

DATE: 12/2/05

EDNY

RE:    U.S.A.    V.    Anthony Barlow

Magistrate Docket Number: 05-1491 M
District of Columbia Case Number: 05CR261

FILED
DEC 0 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Sir/Madam :

Enclosed please find certified copies of our entire file in the above captioned Rule 40 Removal proceeding regarding defendant :

_Anthony Barlow_

Please acknowledge receipt of same by mailing back to our office the enclosed copy of this letter signed and dated.

Respectfully,

ms. L. Jackson
Criminal Arraignment Clerk
(718) 260-2620

ACKNOWLEDGMENT _____

DISTRICT OF _____

CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:05-mj-01491-LB-ALL
#### Internal Use Only

CR 05-261-RWR

Case title: USA v. Barlow                        Date Filed: 12/01/2005

---

Assigned to: Magistrate-Judge Lois Bloom

**Defendant**

**Anthony Barlow (1)**                  represented by **Michael K. Schneider**
*TERMINATED: 12/01/2005*                                The Legal Aid Society
                                                        16 Court Street
                                                        3rd Floor
                                                        Brooklyn, NY 11241
                                                        718-330-1200
                                                        Fax: 718-855-0760
                                                        Email: michael_schneider@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Pending Counts**                              **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                           **Disposition**
None                                            12/2/05

**Highest Offense Level (Terminated)**
None

**Complaints**                                  **Disposition**
None

---

**Plaintiff**

**USA**                                         represented by **Amy Busa**

United States Attorneys Office
One Pierrepont Plaza
Brooklyn, NY
718-254-6274
Fax: 718-254-6076
Email: amy.busa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2005 | 1 | REMOVAL TO THE DISTRICT OF COLUMBIA as to Anthony Barlow (Jackson, LaKeshia) (Entered: 12/02/2005) |
| 12/01/2005 | 2 | Minute Entry for proceedings held before Lois Bloom :Initial Appearance in Rule 5(c)(3) Proceedings as to Anthony Barlow held on 12/1/2005 Appearance entered by Amy Busa for USA, Michael K. Schneider for Anthony Barlow on behalf of defendant. No bail application presented. Order off Commitment entered. Defendant to be removed in custody to the District of Columbia (Tape #05/202(0-132).) (Jackson, LaKeshia) (Entered: 12/02/2005) |
| 12/01/2005 | 3 | CJA 23 Financial Affidavit as to Anthony Barlow (Jackson, LaKeshia) (Entered: 12/02/2005) |
| 12/01/2005 | 4 | WAIVER of Rule 5(c)(3) Hearing as to Anthony Barlow (Jackson, LaKeshia) (Entered: 12/02/2005) |
| 12/01/2005 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Anthony Barlow. Defendant committed to District of Columbia . Ordered by Judge Lois Bloom on 12/1/05. (Jackson, LaKeshia) (Entered: 12/02/2005) |
| 12/01/2005 | | ***Case Terminated as to Anthony Barlow, ***Terminated defendant Anthony Barlow, pending deadlines, and motions. (Jackson, LaKeshia) (Entered: 12/02/2005) |

JP:AB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ANTHONY BARLOW,

        Defendant.

- - - - - - - - - - - - - - - - -X

CR 05-261-RWR

05 1491 M

REMOVAL TO THE
DISTRICT OF COLUMBIA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

    BRENDAN O'NEILL, being duly sworn, deposes and states that he is a Senior Inspector with the United States Marshal's Service, duly appointed according to law and acting as such.

    Upon information and belief, on or about July 12, 2005, a warrant was issued by the United States District Court for the District of Columbia commanding the arrest of the defendant ANTHONY BARLOW pursuant to an indictment, charging him with the unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

    The source of your deponent's information and the grounds for his belief are as follows:

    1. On or about July 12, 2005, a warrant for arrest was issued by the United States District Court for the District of Columbia against the defendant ANTHONY BARLOW pursuant to an indictment, charging him with the unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in

2

violation of 18 U.S.C. § 922(g)(1). Copies of the arrest warrant and the indictment are attached hereto.

2. The defendant ANTHONY BARLOW is on parole in New York for his March 20, 2001 conviction in Kings County, New York for Attempted Criminal Possession of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law Section 220.06, a Class E felony.

3. On March 16, 2005, Magistrate Judge Joan M. Azrack of the United States District Court for the Eastern District of New York authorized a search warrant related to the subject charge in the District of Columbia to obtain saliva buccal cell samples of the defendant ANTHONY BARLOW. Pursuant to the search warrant, that cell sample was collected from the defendant ANTHONY BARLOW on March 17, 2005. Following the collection of the cell sample, the defendant ANTHONY BARLOW stopped reporting to his parole officer.

4. On October 10, 2005, I was informed by another Deputy United States Marshal from the District of Columbia about the arrest warrant for the defendant ANTHONY BARLOW. I was provided with pedigree information for the defendant, including his name, date of birth and social security number as well as photographs of the defendant ANTHONY BARLOW. Copies of the photographs I received are attached hereto.

5. On December 1, 2005, Deputy U.S. Marshals and I apprehended the defendant ANTHONY BARLOW at his mother's residence, located at 335 Sutter Avenue, Apartment 19G, Brooklyn,

3

New York. When Deputy U.S. Marshals approached the apartment, they heard noises emanating from inside the apartment. Deputies knocked and announced they were "police." No one answered the door. Deputies entered, searched the apartment and located an individual, later identified to be the defendant ANTHONY BARLOW, hiding inside a closet in a bedroom. I compared this individual, the defendant ANTHONY BARLOW, to the photographs of ANTHONY BARLOW that I received in connection with his arrest warrant, and concluded that he was the same person depicted in those photographs. When I approached the defendant, I identified myself as "police." The defendant ANTHONY BARLOW eventually identified himself as ANTHONY BARLOW and acknowledged that he "thought that he might have had problems down" in the District of Columbia. Following his arrest, the defendant ANTHONY BARLOW provided pedigree information, including his name, date of birth and social security number, all of which matched the information I received from the District of Columbia.

4

WHEREFORE, it is requested that the defendant ANTHONY BARLOW be removed to the District of Columbia so that he may be dealt with according to law.

BRENDAN O'NEILL
Senior Inspector
United States Marshal's Service

Sworn to before me this the 1st day of December 2005

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-261 | MAGIS. NO: |
| V.<br><br>ANTHONY BARLOW | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Anthony Barlow | |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18:922(g)(1) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 7/12/05 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 7/12/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| TA CASE:  Yes □  No  X | | OCDETF CASE:  Yes □  No  X |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-261-RWR |
| v. | : | GRAND JURY ORIGINAL |
| **ANTHONY BARLOW,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about November 12, 2004, within the District of Columbia, **ANTHONY BARLOW,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in New York Supreme Court for the State of New York, Criminal Case No. 10028-2000, did unlawfully and knowingly receive and possess a firearm, that is, a Colt .357 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Kenneth L. Wainstein
Attorney of the United States in
and for the District of Columbia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CR 05-261-RWR

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____05 1491_____
2) Defendant's Name: __Barlow_____ __Anthony_____ _____
    (Last) (First) (M.I.)
3) Age: __32__
4) Title: __18 USC 922__  Section(s): __6-1__
5) Citizen of: __US__  Needs: _____ Interpreter
6) Arrest Warrant Issued: __7/2/05__  Date and time of arrest: __0700  12/1/05__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: _X_ Yes ___ No  Other District: __District of Columbia__
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: _✓_ Yes ___ No  Date/Time: __12/1/05 Judge Bloom__
10) Detention Hearing Held: ___ Bail set at: _____  ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _✓_
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Amy Busa__
14) DEFENSE COUNSEL'S NAME: __Michael Schneider__
    Address: _____
    Bar Code: _____ CJA: ___ PDA: _✓_ RET: ___
    Telephone Number: (___) _____
15) ESR Tape #: __05/202 (0-132)__
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: __No bail application presented. Order of Commitment entered.__

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE

(2)

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

CR05-261-RWR

EASTERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA
V.

Anthony Barlow

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 05 M 1491

I, __Anthony Barlow__, understand that in the _____ District of __Columbia__, charges are pending alleging violation of __18 USC § 922(g)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing
( ) preliminary examination
(X) identity hearing and have been informed I have no right to a preliminary examination
( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____  _____
Date        Defense Counsel

Defendant

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT CR 05-261-RWR

EASTERN District of NEW YORK

UNITED STATES OF AMERICA
V.

Anthony Barlow

COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 05CR 261 | 5-1491 M |  |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☑ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify) Violation of Conditions of release

charging a violation of  18  U.S.C. §  922

**DISTRICT OF OFFENSE**  District of Columbia

**DESCRIPTION OF CHARGES:**

Possession of a firearm

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:  ☐ Retained Own Counsel   ☑ Federal Defender Organization   ☐ CJA Attorney   ☐ None
Interpreter Required?  ☑ No   ☐ Yes   Language:

DISTRICT OF NEW YORK

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/1/05    x  Lori Bloom
Date          United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

(5)