IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) CR NO. 05-261 (DAR) |
| | ) |
| **ANTHONY BARLOW,** | ) |
| | ) |
| **Defendant.** | ) |

NOTICE OF ASSIGNMENT

   The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

>  Respectfully submitted,
>
>  A.J. KRAMER
>  FEDERAL PUBLIC DEFENDER
>
>
>  _____/S/_____
>  Rita B. Bosworth
>  Assistant Federal Public Defender
>  625 Indiana Avenue, N.W., Suite 550
>  Washington, D.C.  20004
>  (202) 208-7500