# WARRANT FOR ARREST

CO-180 (Rev. 4/0:)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 05-261 | MAGIS. NO: |
|---|---|---|
| v. ANTHONY BARLOW | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Anthony Barlow | FILED JAN 10 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18:922(g)(1) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED: 7/12/05 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 7/12/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 07/12/05 | NAME AND TITLE OF ARRESTING OFFICER: Reporting Fitzgerald Derrick DUSM | SIGNATURE OF ARRESTING OFFICER: [signature] |
|---|---|---|
| DATE EXECUTED: 01/10/06 | | |
| HIDTA CASE:  Yes ___  No X | | OCDETF CASE:  Yes ___  No X |