IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 05-261 (RWR) |
| v. ) | |
| ) | |
| ANTHONY BARLOW ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR FILING PRETRIAL MOTIONS**

Anthony Barlow, by his attorney, Rita Bosworth, Assistant Federal Public Defender, respectfully requests additional time for filing pretrial motions in the above captioned case and states in support thereof:

1. On January 10, 2006, Mr. Barlow appeared before Magistrate Judge Robinson for an initial appearance.

2. At that time, counsel was informed that all pretrial motions were to be filed by January 20, 2006.

3. As of the time this motion was filed, counsel for defense has not received any discovery in the above captioned case.

4. It is necessary for defense counsel to fully review all discovery material before deciding what motions, if any, are appropriate for filing.

4. Anthony Scarpelli, Esquire, the Assistant United States Attorney assigned to this case, has advised counsel that he has no objection to the granting of this motion.

WHEREFORE, it is respectfully requested that this Court enlarge the time for filing of pretrial motions, making said motions due on or before January 27, 2006.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500