UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | ) | |
| ) | Cr. No. 05-261 (RWR) | |
| v. ) | | |
| ) | | |
| ANTHONY BARLOW ) | | |
| _____) | | |

**ORDER**

It is this ___ day of January, 2006, hereby

**ORDERED** that defendant's Motion for Enlargement of Time is **GRANTED**, and it is further

**ORDERED** that all pretrial motions in the above captioned case shall be filed on or before January 27, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE