UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )            Cr. No. 05-261 (RWR)
)
ANTHONY BARLOW )

### ORDER

It is this 19th day of January, 2006, hereby

**ORDERED** that defendant's Motion for Enlargement of Time is **GRANTED,** and it is further

**ORDERED** that all pretrial motions in the above captioned case shall be filed on or before January 27, 2006. The status hearing scheduled for January 24, 2006 is RESCHEDULED to January 30, 2006 at 11:30 a.m.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE