# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 05-261(RWR)** |
| | : | |
| **ANTHONY BARLOW** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of the Government's Motion in Limine Seeking Admission of

Evidence Pursuant to Federal Rule of Evidence 404(b), the Defendant's Opposition thereto, and

the record herein, it is this _____ day of _____, 2006 hereby

ORDERED, that the Government's Motion be Granted.


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE


copies to:

ANTHONY SCARPELLI
Assistant U.S. Attorney
Narcotics Section, Rm 4816
555 4th Street, N.W.
Washington, D.C. 20530

RITA BOSWORTH, ESQ.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C., 20004