UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ANTHONY BARLOW,   )<br>_____ ) | Criminal No. 05-261 (RWR) |

**ORDER**

Upon consideration of defendant's Motion to Suppress and the response thereto, it is this

\_\_\_ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED** and that all the physical evidence and statements shall be suppressed.

_____
HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DATE: January 27, 2006

Copies to:
Anthony Scarpelli, AUSA
Rita Bosworth, AFPD