UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v : | **Criminal No. 05-261(RWR)** |
| : | |
| **ANTHONY BARLOW** : | |
| : | |
| **Defendants.** : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court extend the period of time in which to respond to the defendant's motion in the above-captioned case and states as follows:

1. The defendants have been charged in a one-count indictment with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year.

2. On January 27, 2006, defense counsel filed a motion to suppress.

3. The government has been unable to interview the law enforcement officers who participated in this investigation. At least two of the law enforcement officers are located in New York.

4. The government expects that it will have conducted interviews with all the law enforcement officers and will have completed a response to the defendant's motion by February 17, 2006. The motions hearing is scheduled for March 9, 2006. The additional time will not affect the scheduling of the motions hearing.

5. Rita Bosworth, Esquire, Counsel for defendant, has no objection to an extension of time

for the government to respond to the motion.

Accordingly, the government respectfully requests that the Court extend the government's time to respond to the defendant's motion to February 17, 2006.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney


By:   ANTHONY SCARPELLI
      Assistant United States Attorney
      Bar No. 474711
      Organized Crime and Narcotics Section
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 353-1679


### CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing has been served by electronic transmission through ECF to counsel for Anthony Barlow, Rita Bosworth, Esquire, on this 2nd day of February, 2006.


ANTHONY SCARPELLI
ASSISTANT UNITED STATES ATTORNEY