UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v : | **Criminal No. 05-261 (RWR)** |
| : | |
| **ANTHONY BARLOW** : | |
| : | |
| **Defendants.** : | |

**O R D E R**

Upon consideration of the Government's Unopposed Motion for Extension of Time in Which to File a Response to Defendant's Motion, it is this ____ day of February, 2006,

ORDERED that the Government's motion is granted. Accordingly, the government's response to the defendant's motion shall be filed by February 17, 2006. The defendant's reply pleadings will be due _____, 2006.

RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE

Copies:

AUSA Anthony Scarpelli
Organized Crime and Narcotics Section
555 4th Street, N.W.
Washington, D.C. 20530

Rita Bosworth, Esquire
Counsel for Anthony Barlow
625 Indiana Avenue, N.W.
Washington, D.C. 20001