UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 7 - 2006



NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ANTHONY BARLOW

Defendants.

Criminal No. 05-261 (RWR)

**O R D E R**

Upon consideration of the Government's Unopposed Motion for Extension of Time in Which to File a Response to Defendant's Motion, it is this 7th day of February, 2006.

ORDERED that the Government's motion is granted. Accordingly, the government's response to the defendant's motion shall be filed by February 17, 2006. The defendant's reply pleadings will be due February 24, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE

Copies:

AUSA Anthony Scarpelli
Organized Crime and Narcotics Section
555 4th Street, N.W.
Washington, D.C. 20530

Rita Bosworth, Esquire
Counsel for Anthony Barlow
625 Indiana Avenue, N.W.
Washington, D.C. 20001