

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                       )
                       )
       **vs.**        )    Criminal No. 05-261
                       )
_Anthony Barlow_   )
                       )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
           **Defendant**

_____
         **Counsel for defendant**

I consent:

_____ 3-30-06
**United States Attorney**

Approved:

_____
        **Judge**