**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  05-261 (RWR)** |
| | **:** | |
| **ANTHONY BARLOW,** | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S MOTION FOR GUIDELINES CREDIT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to § 3E1.1(b) of the Sentencing Guidelines and paragraph 8 of the plea agreement between the United States and the defendant, to adjust the defendant's offense level down one level to reflect the defendant's early plea of guilty in this matter.

As grounds for this motion the government cites the defendant's early determination to enter a plea of guilty in this matter.  As a consequence the resources of this Court, the United States Attorney's Office, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Metropolitan Police Department were conserved.  The United States, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Metropolitan Police Department did not have to expend time, energy and resources in preparing for the trial in this matter and court time was preserved as well.

**WHEREFORE,** the government respectfully submits that pursuant to § 3E1.1(b) of the

Sentencing Guidelines, it is appropriate in this case to reduce defendant's offense level by one level

reflecting his early entry of a plea of guilty in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

ANTHONY SCARPELLI
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Motion For Guideline
Credit was sent to the attorney for the defendant, Rita Bosworth, Esquire, this 6th day of June, 2006.

_____

ANTHONY SCARPELLI
Assistant United States Attorney
D.C. Bar No. 474711
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-1679